# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**ANTHONY WASHINGTON,**

                Plaintiff,

v.                                                                              Case No. 21-CV-140-JFH-SPS

**CORE CIVIC, et al.,**

                Defendants.

## OPINION AND ORDER

On May 10, 2021, Plaintiff, a pro se prisoner who is incarcerated at the Tulsa County Jail in Tulsa, Oklahoma, filed this civil rights complaint pursuant to 42 U.S.C. 1983 [Dkt. No. 1]. The defendants are Core Civic, the Oklahoma Department of Corrections, and the Oklahoma County Board of Commissioners.

A review of the incomplete complaint[1] shows that none of the parties are located within the territorial jurisdiction of the Eastern District of Oklahoma. The incidents of which Plaintiff complains occurred at Cimarron Correctional Facility, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Because proper venue does not lie in this district, *see* 28 U.S.C. § 1391(b), this action is **TRANSFERRED** in the interest of justice to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a).

---

[1] Plaintiff did not include the signature page of the complaint.

**THEREFORE,** this action is **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED** this 13th day of May 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE